THE PEOPLE OF THE STATE OF NEW YORK ex rel. WASHINGTON MILLS COMPANY, Respondent, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Appellant.

151 a 619

154      6

151      619

Case 1

75 AD 166

*People ex rel Wash. Mills Co.* v. *Roberts,* 8 App. Div. 201, affirmed.
(Argued October 19, 1896 ; decided December 1, 1896.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 7, 1896, which reversed on certiorari a determination of the state comptroller assessing the relator as a foreign corporation doing business in the state of New York.

*G. D. B. Hasbrouck* for appellant.

*George W. Wickersham* and *Henry S. Wardner* for respondent.

Order affirmed, with costs, on opinion below.
All concur.